# United States Court of Appeals
## For the First Circuit

No. 05-2689

UNITED STATES OF AMERICA,

Appellant,

v.

GREGORY F. TZANNOS, a/k/a Gregory F. Tzannas,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on August 22, 2006, is amended as follows:

On page 15, line 23: underline "Franks"

On page 21, line 5: remove the comma in "Norton,"